# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
Lexington Division

| | |
|---|---|
| John Wilson ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Case No.    5:12-cv-00378 |
| ) | |
| NCO Financial Systems, Inc., *et al.* ) | |
|     *Defendant* ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice the he is Dismissing with Prejudice all of his claims against all Defendants in this action.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
(502) 473-6525
Email: james@kyclc.com